## UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: The Honorable Jennifer Choe-Groves, Judge**

| | |
|---|---|
| PIRELLI TYRE CO., LTD., PIRELLI TYRE S.P.A. AND PIRELLI TIRE LLC,<br><br>    Plaintiffs,<br><br>    and<br><br>SHANDONG NEW CONTINENT TIRE CO., LTD<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES<br><br>    Defendant,<br><br>    and<br><br>THE UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC<br><br>    Defendant-Intervenor. | Court No. 20-115 |

## NOTICE OF APPEAL

Notice is hereby given that Pirelli Tyre Co., Ltd., Pirelli Tyre S.P.A. and Pirelli

Tire LLC, plaintiffs in the above-named case, hereby appeal to the United States Court of

Appeals for the Federal Circuit from the final judgment of the U.S. Court of International

Trade entered in this action, *Pirelli Tyre Co., Ltd. et al v. United States*, Ct. No. 20-

00115, Slip Op. 23-86 (Ct. Int'l Trade June 9, 2023), ECF 93 and Judgement Order (Ct. Int'l Trade June 9, 2023), ECF 94.

Respectfully submitted,

/s/ Daniel L. Porter

Daniel L. Porter
James C. Beaty
Ana M. Amador Gil

*Counsel for Pirelli Tyre Co. Ltd., Pirelli Tyre S.p.A, and Pirelli Tire LLC*

Dated: August 4, 2023