# United States Court of Appeals for the Federal Circuit

---

**PIRELLI TYRE CO., LTD., PIRELLI TYRE S.P.A., PIRELLI TIRE LLC,**
*Plaintiffs-Appellants*

**SHANDONG NEW CONTINENT TIRE CO., LTD.,**
*Plaintiff*

v.

**UNITED STATES, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC,**
*Defendants-Appellees*

---

2023-2266

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00115-JCG, Judge Jennifer Choe-Groves.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered February 11, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellees United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-

CIO, CLC in the amount of $29.28 and taxed against the appellant.

FOR THE COURT



April 4, 2025
Date

Jarrett B. Perlow
Clerk of Court